**MARTIN D. HOLLY, ESQ. (SBN: 201421)**
Telephone/Facsimile: (213) 419-5063
Email: mholly@rlattorneys.com
**ETHAN L. FLINDERS, ESQ. (SBN: 305347)**
Telephone/Facsimile: (213) 634-3672
Email: eflinders@rlattorneys.com
**RESNICK & LOUIS, P.C.**
515 South Flower Street, 18th Floor
Los Angeles, CA 90071

Attorneys for Defendant TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI BASS, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a business entity; and DOES 1 to 100, inclusive,<br><br>            Defendants. | CASE NO. 2:20-CV-09328-RGK-AFM<br><br>*Assigned to District Judge R. Gary Klausner and Magistrate Judge Alexander F. MacKinnon*<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION BETWEEN THE PARTIES TO (1) LIMIT PLAINTIFF'S AVAILABLE RECOVERY TO $74,999.99; AND (2) REMAND ACTION FROM FEDERAL COURT TO STATE COURT**<br><br>[*Filed concurrently with the stipulation between the parties to (1) limit Plaintiff's available recovery to $74,999.99; and (2) remand action from federal court to state court*]<br><br>Complaint Filed:    July 16, 2020 |

///
///
///
///
///

1

[PROPOSED] ORDER RE STIPULATION BETWEEN THE PARTIES TO (1) LIMIT PLAINTIFF'S AVAILABLE RECOVERY TO $74,999.99; AND (2) REMAND ACTION FROM FEDERAL COURT TO STATE COURT

1  Having considered the stipulation between the parties to (1) limit Plaintiff's available
2  recovery to $74,999.99; and (2) remand action from federal court to state court.

**IT IS SO ORDERED.**

Dated: September 27, 2021

_____
Hon. R. Gary Klausner
JUDGE OF THE DISTRICT COURT